**Order entered June 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00711-CV

### IN THE INTEREST OF J.L., JR., ET AL., CHILDREN

### On Appeal from the 254th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-17-19273

## ORDER

The reporter's record in this appeal from a parental termination case has not been filed.

Accordingly, we **ORDER** court reporter Janet Saavedra to file the record no later than July 8,

2019. To ensure timely compliance, the trial court must arrange for a substitute reporter if

necessary. *See* TEX. R. APP. P. 28.4(b)(1). As appellant is presumed indigent, the record shall be

filed without payment of costs.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Ashley

Wysocki, Presiding Judge of the 254th Judicial District Court; Ms. Saavedra; and, the parties.

/s/      KEN MOLBERG
            JUSTICE